# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————————

No. 1D18-4538

———————————————————

DANIEL DICKERSON,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

———————————————————

Petition for Writ of Prohibition—Original Jurisdiction.

January 7, 2019

PER CURIAM.

The petition for writ of prohibition is denied on the merits.

WETHERELL, OSTERHAUS, and WINSOR, JJ., concur.

———————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————————

Candice K. Brower, Regional Counsel, and Sarah K. Morris, Assistant Regional Counsel, Jacksonville, for Petitioner.

Pamela Jo Bondi, Attorney General, and Benjamin L. Hoffman, Assistant Attorney General, Tallahassee, for Respondent.